IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES CALVIN FRAZIER, # 177281, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No. 2:10cv65-TMH |
| | ) |
| J.C. GILES, *et al.*, | ) |
| | ) |
| Respondents. | ) |

## ORDER

The Magistrate Judge entered a Recommendation (Doc. #21) in this case to which no timely objections have been filed. After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted. Accordingly, it is

ORDERED that the RECOMMENDATION (Doc. #21) of the Magistrate Judge is ADOPTED and this case is DISMISSED with prejudice.

A separate judgment shall issue.

Done this 5th day of January, 2012.

/s/ Truman M. Hobbs

_____
UNITED STATES DISTRICT JUDGE